**LAW OFFICES OF**
**PATENAUDE & FELIX, A.P.C.**
Joseph DiNoia, Esq. (#11951)
7271 W. Charleston Blvd Suite 100
Las Vegas, NV 89117
Tele: (702) 952-2032  Fax: (702) 992-6286

Attorneys for Defendant
Patenaude & Felix, APC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVIGAIL GUTIERREZ, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, CAPITAL ONE BANK (USA), AND PATENAUDE & FELIX, A.P.C. <br><br> Defendants. | Case No.: **2:23-cv-01278-GMN-EJY** <br><br> STIPULATION TO EXTEND TIME FOR PATENAUDE & FELIX, APC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER (Local Rule 7-1)Complaint Filed: August 16, 2023 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Evigail Gutierrez, and Defendant Patenaude & Felix, APC, by and through their respective counsel, as follows:

WHEREAS, on August 16, 2023, Plaintiff filed her Complaint;

WHEREAS, Defendant's last day to answer or otherwise respond to the Complaint currently is September 20, 2023;

WHEREAS, the Parties are in the process of discussing settlement, and in the interest of efficiency and economy, the Parties agree that Defendant's time to answer or otherwise respond to the Complaint should be extended until October 27, 2023.

WHEREAS, no previous extensions have been sought since the filing of Plaintiff's Complaint.

THEREFORE, pursuant to Local Rule 7-1 and in consideration of the foregoing, it is hereby stipulated that:

Defendant's last day to answer or otherwise respond to Plaintiff's Complaint shall be October 27, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 15, 2023     Patenaude & Felix, APC

*By:/s/ Joseph DiNoia*_____
Joseph DiNoia
Attorney for Defendant
Patenaude & Felix, APC


Dated: September 15, 2023     Doherty Smith, LLC

*By:/s/ James M. Smith*_____
James M. Smith
Attorney for Plaintiff
Evigail Gutierrez


HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**:

Dated: September 15, 2023     _____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME FOR PATENAUDE & FELIX, APC TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER (LOCAL RULE 7-1)          2:23-CV-01278-GMN-EJY