Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank (USA)"*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVIGAIL GUTIERREZ,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CAPITAL ONE BANK (USA), and PATENAUDE & FELIX, A.P.C.<br><br>        Defendants. | CASE NO.:   2:23-cv-01278-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Evigail Gutierrez ("Plaintiff") and Defendant Capital One, N.A., erroneously sued as "Capital One Bank (USA)," ("Capital One" and together with Plaintiff, the "Parties") stipulate and agree as follows:

**WHEREAS:**

1. Capital One's current deadline to file its responsive pleading to the Complaint is October 27, 2023;

2. Immediately upon being retained by Capital One, on the afternoon of October 24, 2023, counsel for Capital One reached out to Plaintiff's counsel to request additional time to file a responsive pleading;

3. The Parties agreed that good cause exists to extend the responsive pleading deadline by an additional thirty (30) days to allow the newly engaged defense counsel time to

obtain and review a copy of the file and gather additional facts and information while continuing to devote resources to exploring the potential for early resolution of this matter;

    4.    The Parties agree to extend the deadline for Capital One to file its responsive pleading to the Complaint to November 27, 2023; and

    5.    This stipulation is made in good faith and not for the purpose of delay.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint is extended. Capital One shall file its responsive pleading on or before November 27, 2023.

.

DATED this 25th day of October, 2023.　　　　DATED this 25th day of October, 2023.

McDONALD CARANO LLP　　　　　　　　　　DOHERTY SMITH, LLC

By: */s/ Karyna M. Armstrong*　　　　　　　　　By:   */s/ James M. Smith*
    Aaron D. Shipley (NSBN 8258)　　　　　　　　James M. Smith
    Karyna M. Armstrong (NSBN 16044)　　　　　9501 W. 144th Place
    2300 West Sahara Avenue, Suite 1200　　　　　Suite 101
    Las Vegas, Nevada 89102　　　　　　　　　　Orland Park, IL 60462

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank (USA)."*

Craig Friedberg (NSBN 4606)
LAW OFFICES OF CRAIG FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _October 25, 2023_