1 | **LAW OFFICES OF**
2 | **PATENAUDE & FELIX, A.P.C.**
Joseph DiNoia, Esq. (#11951)
3 | 7271 W. Charleston Blvd Suite 100
Las Vegas, NV 89117
4 | Tele: (702) 952-2032  Fax: (702) 992-6286

5 | Attorneys for Defendant
6 | Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| EVIGAIL GUTIERREZ, | Case No.: **2:23-cv-01278-GMN-EJY** |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND TIME FOR PATENAUDE & FELIX, APC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER (Local Rule 7-1) Complaint Filed: August 16, 2023 |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, CAPITAL ONE BANK (USA), AND PATENAUDE & FELIX, A.P.C. | |
| Defendants. | (SECOND REQUEST) |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Evigail Gutierrez, and Defendant Patenaude & Felix, APC, by and through their respective counsel, as follows:

WHEREAS, on August 16, 2023, Plaintiff filed her Complaint;

WHEREAS, Defendant's original last day to answer or otherwise respond to the Complaint was originally September 20, 2023;

---

STIPULATION TO EXTEND TIME FOR PATENAUDE & FELIX, APC TO RESPOND TO COMPLAINT; [PROPOSED] ORDER (LOCAL RULE 7-1)                    2:23-CV-01278-GMN-EJY

WHEREAS, on September 15, 2023 Defendant filed a Stipulation For Extension of Time which extended Defendant's time to answer or otherwise respond to the complaint to October 27, 2023.

WHEREAS, on October 25, 2023, Capital One, N.A. filed a Stipulation for Extension of Time to extend its time file its responsive pleading to the complaint to November 27, 2023.

WHEREAS, parties agreed that due to Capital One N.A.'s deadline to file its responsive pleading to the complaint is now November 27, 2023, that Defendant's time to answer or otherwise respond to the Complaint should also be extended until November 27, 2023.

WHEREAS, there has been one extension have been sought since the filing of Plaintiff's Complaint.

THEREFORE, pursuant to Local Rule 7-1 and in consideration of the foregoing, it is hereby stipulated that:

Defendant's last day to answer or otherwise respond to Plaintiff's Complaint shall be November 27, 2023.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 26, 2023          Patenaude & Felix, APC

*By:/s/ Joseph DiNoia*_____
Joseph DiNoia
Attorney for Defendant
Patenaude & Felix, APC


Dated: October 26, 2023          Doherty Smith, LLC

*By:/s/ James M. Smith*_____
James M. Smith
Attorney for Plaintiff
Evigail Gutierrez

STIPULATION TO EXTEND TIME FOR PATENAUDE & FELIX, APC TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER (LOCAL RULE 7-1)          2:23-CV-01278-GMN-EJY

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, **IT IS SO ORDERED**:

Dated: October 26, 2023

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE