CRAIG FRIEDBERG, ESQ.
Nevada Bar No. 4606
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

JAMES M. SMITH, ESQ. (IL Bar No: 6285183)
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Phone: 708.645.8824
Fax: 312.319.4084
JSmith@dohertysmith.com
Admitted Pro Hac Vice

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVIGAIL GUTIERREZ,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, CAPITAL ONE BANK (USA), and PATENAUDE & FELIX, A.P.C.<br><br>        Defendant. | Civil Action No.: 2:23-cv-01278-GMN-EJY |

**REQUEST FOR RULE 41 DISMISSAL WITH PREJUDICE FOR ALL DEFENDANTS**

Plaintiff EVIGAIL GUTIERREZ ("Plaintiff") hereby notifies the Court that Plaintiff and Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax"), TRANS UNION LLC ("Trans Union"), CAPITAL ONE, N.A., erroneously sued as "CAPITAL ONE BANK (USA)", ("Capital One") and PATENAUDE & FELIX, A.P.C ("P and F") have reached settlements. The

Parties request a dismissal with prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41 (a).

Trans Union never entered an appearance so is not signing this *Request*.

Dated: March 7, 2024

By:/s/ *Craig Friedberg*

Craig Friedberg, Esq.
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: 702.435.7968
attcbf@cox.net

James M. Smith *(admitted pro hac vice)*
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Phone: 708.645.8824
JSmith@dohertysmith.com

*Attorneys for Plaintiff*

By:/s/ *Karyna Armstrong (with consent)*

Karyna Armstrong
McDonald Carano LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
karmstrong@mcdonaldcarano.com

*Counsel for Capital One Bank (USA)*

By:/s/ *Joseph DiNoia (with consent)*

Joseph DiNoia
Patenuade & Felix, A.P.C
7271 West Charleston Blvd
Suite 100
Las Vegas, NV 89117
Joseph.DiNoia@pandf.us

*Counsel for Patenaude & Felix, A.P.C*

By:/s/ *Gia Marina (with consent)*

Gia Marina
Clark Hill Plc
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
gmarina@clarkhill.com

*Counsel for Equifax Information Services LLC*

SO ORDERED:

By:_____
HONORABLE JUDGE GLORIA M. NAVARRO

DATED: ___March 12, 2024___

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on Dated: March 7, 2024, a true and correct copy *of Request for Rule 41 Dismissal with Prejudice for Defendants* was served via ECF on the following Counsel of Record:

Karyna Armstrong
McDonald Carano LLP
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
karmstrong@mcdonaldcarano.com

*Counsel for Capital One Bank (USA)*

Gia Marina
Clark Hill Plc
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89135
gmarina@clarkhill.com

*Counsel for Equifax Information Services LLC*

Joseph DiNoia
Patenuade & Felix, A.P.C
7271 West Charleston Blvd
Suite 100
Las Vegas, NV 89117
Joseph.DiNoia@pandf.us

*Counsel for Patenaude & Felix, A.P.C*

By: /s/ *Craig Friedberg*